SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JAMES E. KELLER (NYSBN 2893881)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6840
   Facsimile: (415) 436-7234
   James.Keller@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02-00337-01 SI |
|    Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| TERRY HAVRO, | |
|    Defendant. | |

TO:    The Honorable ELIZABETH D. LAPORTE,
         Magistrate Judge of the United States District Court
         Northern District of California

      Assistant United States Attorney James E. Keller respectfully petitions this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner TERRY HAVRO whose place of custody and jailor are set forth in the Writ following and your petitioner avers that the prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

DATED:  May 9, 2007

                                                        /s/
                                              JAMES E. KELLER
                                              Assistant United States Attorney

SO ORDERED: May 11, 2007

                                              HON. ELIZABETH D. LAPORTE
                                              UNITED STATES MAGISTRATE JUDGE

PETITION FOR & WRIT OF HABEAS CORPUS
CR 02-00337-01 SI